Robert R. Beltz, State Bar No. 006297
RIDENOUR, HIENTON, KELHOFFER,
  LEWIS & GARTH, P.L.L.C.
201 North Central Avenue, Suite 3300
Phoenix, Arizona 85004-1052
(602) 254-9900
rrbeltz@rhhklaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| THOMACITA YAZZIE, individually and as Legal Guardian of FERNANDO TAPAHA, a minor, | Case No.: CV078030PCT-MLA |
| Plaintiff, | **ANSWER** |
| v. | |
| JEEHDEEZ'A ACADEMY, INC., aka LOW MOUNTAIN SCHOOL, BUREAU OF INDIAN AFFAIRS AND THE UNITED STATES DEPARTMENT OF THE INTERIOR, | |
| Defendants. | |

Defendant, by and through its attorneys undersigned, hereby admit, deny and defend and affirmatively allege as to the Plaintiffs' complaint as follows:

1.     Defendant admits those allegations of the Plaintiffs' complaint that pertain to the jurisdiction of the Court.

2.     Defendant denies knowledge sufficient to form a belief as to the truth of the allegations of Paragraphs 5 and 6 of the Plaintiffs' complaint.

3.     Defendant denies knowledge sufficient to form a belief as to the truth of the allegations concerning the manner in which Plaintiffs Tomacita Yazzie was informed of an incident that occurred on or about September 21, 2006.

4.     Answering Paragraph 8 of the Plaintiffs' complaint, Defendant denies

knowledge concerning whether a sexual molestation occurred and further denies knowledge sufficient to form a belief as to the sources of Thomacita Yazzie's information.

5. Answering Paragraph 9 of the Plaintiffs' complaint, Defendant denies knowledge as to what, if anything, was communicated to Fernando Tapaha's family concerning the incident of September 21, 2006.

6. Answering Paragraph 10 of the Plaintiffs' complaint, Defendant admits that it sent a letter to Plaintiff Thomacita Yazzie regarding the incident of September 21, 2006.

7. Answering Paragraphs 11 and 12 of the Plaintiffs' complaint, Defendant denies negligence and all other theories of liability arising from its supervision of its students.

8. Answering Paragraphs 13 and 14 of the Plaintiffs' complaint, Defendant denies knowledge sufficient to form a belief as to the truth of the allegations pertaining to the injuries and damages of the Plaintiffs, if any, and further denies that the injuries and damages of the Plaintiffs, if any, were caused or in any way contributed to by the Defendant.

9. As and for affirmative defenses, Defendant alleges that the incident or event and resulting injuries, if any, were caused by the acts of unknown third parties.

10. As and for a further affirmative defense, Defendant alleges that the doctrine of sovereign immunity applies to this case.

11. As and for a further affirmative defense, Defendants reserves the right to raise as affirmative defenses all of the other matters as listed in Rule 12(b) of the Federal Rules of Civil Procedure should facts come to light to support them.

WHEREFORE, Defendant prays for judgment dismissing the Plaintiffs' complaint, that Plaintiffs take nothing thereby, and that Defendant be award its taxable costs and such other relief as the Court deems appropriate.

DATED this 19th of July, 2007.

RIDENOUR, HIENTON, KELHOFFER,
LEWIS & GARTH, PLLC


BY: s/Robert R. Beltz
     Robert R. Beltz
     Attorneys for Defendant

**ORIGINAL** of the foregoing
filed electronically with the
Clerk of the U.S. District Court
this 19th day of July, 2007.

**COPY** of the foregoing sent via facsimile and
U.S. Mail this same day to:

David R. Jordan, Esq.
JORDAN & ROSEBROUGH, P.C.
101 West Aztec, Suite A
P.O. Box 840
Gallup, New Mexico  87305
Facsimile:  505.722.9490
*Attorneys for Plaintiffs*


 s/ Jil Chandler
277931;20577-0013