**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Thomcita Yazzie, et al.,

Plaintiffs,

vs.

Jeehdeez'a Academy Inc., a.k.a. Low Mountain School, et al.,

Defendants.

No. CV-07-8030-PHX-FJM

**ORDER**

Defendant United States of America—in place of Jeehdeez'a Academy, Inc. (a tribally controlled school in Chinle, Arizona), the Bureau of Indian Affairs, and the United States Department of the Interior—moves to dismiss this action filed pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671–80. The court has before it defendant's motion to dismiss (doc. 18), plaintiff's response (doc. 19), and defendant's reply (doc. 20).

Plaintiff was required to present her claim to the appropriate federal agency prior to suing under the FTCA. 28 U.S.C. § 2675(a). Plaintiff bears the burden of establishing that her claim was so presented, and an affidavit that the claim was mailed to the Bureau of Indian Affairs is insufficient. Vacek v. U.S. Postal Serv., 447 F.3d 1248, 1252 (9th Cir. 2006) (mailbox rule does not apply to FTCA claims). Because plaintiff has failed to establish exhaustion of administrative remedies, we shall dismiss the claim without prejudice.

**IT IS ORDERED GRANTING** defendant's motion to dismiss (doc. 18). The clerk is instructed to enter final judgment for defendant.

DATED this 19th day of October, 2007.

Frederick J. Martone
United States District Judge